```
                                                    TERMED (194)
                                                    TRANSF
              U.S. District Court
        Central District of California (Western Div.)

          CIVIL DOCKET FOR CASE #: 01-CV-3126

Ronald Alex v. Jake Mendez                          Filed: 04/05/01
Assigned to: Judge Ronald S.W. Lew
       Referred to: Magistrate Judge Ann I. Jones
Demand: $0,000                            Nature of Suit: 530
Lead Docket: None                         Jurisdiction: US Defendant
Dkt # in USDC C/D CA @ LA : is 90-CR-560 DVK

Cause: 28:2241 Petition: Writ of H/C - Federal


RONALD ALEX                    Ronald Alex
     petitioner                REG 70908-012
                               [COR LD NTC] [PRO SE]
                               White Deer United State
                               Penitentiary
                               P O Box 3000
                               White Deer, PA 17887


   v.


JAKE MENDEZ, Warden, USP       1:CV-01-0916
Allenwood
     respondent
```

FILED
SCRANTON

MAY 24 2001

PER _____
    DEPUTY CLERK

INTERNAL USE ONLY: Proceedings include all events.                           TERMED
2:01cv3126 Ronald Alex v. Jake Mendez                                              (194)
                                                                             TRANSF

RONALD ALEX

       petitioner

  v.

JAKE MENDEZ, Warden, USP Allenwood

       respondent



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALEX,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAKE MENDEZ, Warden,<br><br>　　　　Respondent. | No. CV 01-03126 RSWL (AIJ)<br><br>ORDER TRANSFERRING ACTION TO<br><br>UNITED STATES DISTRICT COURT,<br><br>MIDDLE DISTRICT OF PENNSYLVANIA |

　　Petitioner, a federal prisoner, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (hereafter, the "petition") on April 5, 2001. The petition purports to challenge the legality of a federal conviction and sentence, and alleges several claims of constitutional error which relate to petitioner's confession. (Petition at 3-9).

　　Petitioner is incarcerated pursuant to a sentence imposed by this court in case number CR 90-560-DVK and has filed at least one motion under 28 U.S.C. § 2255 to contest the legality of that sentence, which was denied on June 21, 1996. (Id. at 2, 6). Petitioner, however, is in custody in a federal facility located in White Deer, Pennsylvania, which is within the jurisdiction of the United States District Court for the

# ORIGINAL

SEND

FILED
CLERK, U.S. DISTRICT COURT

APR 23 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Ronald Alex | CASE NUMBER: CV 01-3126 FMC (AIJ) |
|---|---|
| PLAINTIFF(S), | |
| v. | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |
| Jake Mendez, Warden | |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated: 4-19-01

Ronald S. W. Lew
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___Lew___ for all further proceedings.

Dated: APR 19 2001

Florence-Marie Cooper
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

Dated: _____

United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case CV 91-5896 RSWL (B) and the present case:

☐ A.   appear to arise from the same or substantially identical transactions, happenings or events.
X B.   involve the same plaintiff, or the same or substantially the same parties or property.
☐ C.   involve the same patent, trademark or copyright.
☐ D.   call for determination of the same or substantially identical questions of law.
☐ E.   likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

NOTICE TO COUNSEL FROM CLERK:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___NA___ to Magistrate Judge ___NA___.

On all documents subsequently filed in this case, please substitute the initials ___RSWL___ after the case number in place of the initials of the prior judge, so that the case number will read CV 01-3126 RSWL (AIJ). This is very important because documents are routed to the assigned judges by means of these initials.

CV-34 (09/97)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

P Send ✓

CIVIL MINUTES - GENERAL

Case No.: CV 01-3126 FMC          Date: April 13, 2001

Title: RONALD ALEX v JAKE MENDEZ, WARDEN

===============================================================================

PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER, JUDGE

| Alicia Mason | Not present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                            Not present

PROCEEDINGS:    (In Chambers) ORDER FOR REASSIGNMENT

This complaint should be assigned through the 194 deck.

This matter is referred to the Clerk's Office for reassignment under the provisions of General Order 194.

IT IS SO ORDERED.

NOTICE TO THE PARTIES FROM THE CLERK:

This case has been assigned to Magistrate Judge **Ann I. Jones** for all further proceedings except trial, if one is needed. The case number should now read CV 01-3126 FMC (AIJ)

MINUTES FORM 11                                Initials of Deputy Clerk_____
CIVIL - GEN

ENTERED ON ICMS 4/16/01

RONALD ALEX
Name

70908-012
Prison Identification/Booking No.

P.O. BOX 3000
WHITE DEER, PA 17887
ADDRESS or PLACE OF CONFINEMENT

No Fee

FILED
CLERK, U.S. DISTRICT COURT
APR - 5 2001
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Note: If represented by an attorney; his name, address & telephone number.

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address.

LODGED
CLERK, U.S. DISTRICT COURT
APR - 2 2001
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RONALD ALEX
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

JAKE MENDEZ
WARDEN, USP ALLENWOOD
NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE NO. CV 01-03126 FMC
To be supplied by the Clerk of the United States District Court
CASE NO. CR 90-560-DVK
Criminal case under which sentence was imposed.

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY
(28 U.S.C § 2241)

### INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under pe*nalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of *a mate*rial fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

ENTERED ON ICMS
APR - 9 2001

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. __XXX__ a conviction.

2. _____ a sentence.

3. _____ jail or prison conditions.

4. _____ prison discipline.

5. _____ a parole problem.

6. __X__ other. PETITIONER INVOKES NEW CONSTITUTIONAL LAW PURSUANT TO U.S. SUPREME COURT CASE DICKERSON V. UNITED STATES, NO. 99-5525, (6/26/2000)

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

PETITION

1. Place of detention __UNITED STATES PENITENTARY ALLENWOOD, PA__

2. Name and location of court which imposed sentence __U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA__

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

    (a) __CR-90-560-DVK__

    (b) __VIOLATION OF 18 USC 2113(A)(D)__

    (c) _____

4. The date upon which sentence was imposed and the terms of the sentence:

    (a) __2-25-91__

    (b) __300 MONTHS__

    (c) _____

5. Check whether a finding of guilty was made:

(a) After a plea of guilty _____

(b) After a plea of not guilty __X__

(c) After a plea of nolo contendere _____

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:

    (a) a jury __X__

    (b) a judge without a jury _____

7. Did you appeal from the judgment of conviction or the imposition of sentence?

    (X) YES    ( ) NO

8. If you did appeal, give the following information for each appeal:

    a. (1) Name of court __U.S. COURT OF APPEALS, NINTH CIRCUIT__

       (2) Result __CONVICTION AFFIRMED__

       (3) Date of result __6-8-92__

       (4) Citation or number of opinion __UNKNOWN TO PETITIONER__

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(5) Grounds raised (list each)

(a) __INSUFFICIENT EVIDENCE TO SUPPORT CONVICTION__

(b) _____

(c) _____

(d) _____

b. (1) Name of court _____

(2) Result _____

(3) Date of result _____

(4) Citation or number of opinion _____

(5) Grounds raised (list each)

(a) _____

(b) _____

(c) _____

(d) _____

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

a. Ground one __PETITIONER INVOKES NEW CONSTITUTIONAL LAW WHEREIN THE UNITED STATES SUPREME COURT IN DICKERSON V. UNITED STATES, NO. 99-5525, 6/26/2000, HELD: "VOLUNTARINESS OF SUSPECTS CUSTODIAL STATEMENTS THE TOUCHSTONE OF THEIR ADMISSIBILITY AND THEREBY ALLOWS THE ADMISSION OF SUCH STATEMENTS IN ABSENCE OF A MIRANDA ADVISORY IS UNCONSTITUTIONAL__

Supporting FACTS (tell your story BRIEFLY without citing cases or law).

CAUTION: You must state facts not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time and place. __THE TRAIL COURT ADMITTED MAKING VOLUNTARINESS THE TOUCHSTONE OF ITS ADMISSIBILITY A CONFESSION ELICITED FROM PETITIONER BY FBI SPECIAL AGENT BERNARD FLANIGAN, LOS ANGELES POLICE DETECTIVE RONALD HANSON AND U.S. BATF SPECIAL AGENT NICK BARNS, DURING THE MARCH 5, 1990, CUSTODIAL INTERROGATION AT LOS ANGELES POLICE DEPARTMENT HEADQUARTERS, IN WHICH ABOVE-NAMED LAW ENFORCEMENT OFFICERS DID NOT ADVISE PETITIONER OF HIS MIRANDA RIGHTS BEFORE COMMENCING THE MARCH 5, 1990 INTERROGATION CONCERNING THE JANUARY 3, 1990 FRIST INTERSTATE BANK ROBBERY__

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

b. Ground Two  THE CONVICTION WAS OBTAINED IN VIOLATION OF PETITIONERS IMMUNITY FROM SELF-INCRIMINATION PROVIDED BY THE FIFTH AMENDMENT TO THE UNITED STATES CONSTITUTION

Supporting FACTS (Tell your story BRIEFLY without citing cases or law). ON 3-5-90 FBI SPECIAL AGENT BERNARD FLANIGAN, LOS ANGELES POLICE DETECTIVE RONALD HANSON, AND U.S. BATF SPECIAL AGENT NICK BAKNS, CONDUCTED A CUSTODIAL INTERROGATION OF PETITIONER AT LOS ANGELES POLICE DEPARTMENT HEADQUARTERS, CONCERNING THE 1-3-90 FRIST INTERSTATE BANK ROBBERY. ABOVE-NAMED LAW ENFORCEMENT OFFICERS DID NOT GIVE PETITIONER AN MIRANDA ADVISOR BEFOR BEGINNING THE INTERROGATION. INSTEAD THE LAW ENFORCEMENT OFFICER COMMENCED THE CUSTODIAL INTERROGATION BY THREATENING PETITIONER THAT BECAUSE OF HIS PRIOR CRIMINAL HISTORY THAT PETITIONER WOULD BE SENTENCED TO A TOTAL OF (59) YEARS IN BOTH STATE AND FEDERAL PRISON. BUT ON THE OTHER HAND, ABOVE-NAMED LAW ENFORCEMENT OFFICERS PROMISED PETITIONER THAT IF HE ADMITTED TO ROBBING THE BANK THAT: 1.) THEY WOULD NOT FILE FEDERAL WEAPONS VIOLATION CHARGES AGAINST PETITIONER 2.) FOR COOPERATING WITH THEM THE GOVERNMENT WOULD BE MORE LENIENT WITH PETITIONER REGARD BANK ROBBERY CHARGE 3.) THEY WOULD USE THEIR INFLUENCE WITH STATE PROSECUTORS SO THAT PETITIONER WOULD NOT RECEIVE THE MAXIMUM STATE PRISON TERM — AND SO PETITIONER CONFESSED TO THE BANK ROBBERY.

c. Ground Three  THE CONVICTION WAS OBTAINED IN VIOLATION OF PETITIONERS CONSTITUTIONAL RIGHT TO BE ADVISED OF HIS MIRANDA RIGHTS BEFORE THE COMMENCEMENT OF THE 3-5-90 CUSTODIAL INTERROGATION

Supporting FACTS (Tell your story BRIEFLY without citing cases or law). IT WAS NOT UNTIL THE CONCLUSION OF THE MARCH 5, 1990 CUSTODIAL INTERROGATION, IN WHICH FBI SPECIAL AGENT BERNARD FLANIGAN, LOS ANGELES POLICE DETECTIVE RONALD HANSON, AND U.S. BATF SPECIAL AGENT NICK BARNS ELICTED PETITIONERS CONFESSION REGARD 1-3-90 FRIST INTERSTATE BANK ROBBERY, THAT FBI SPECIAL AGENT BERNARD FLANIGAN PRODUCED A FORM AND STATED TO PETITIONER: "SIGN THIS, IT ONLY MEANS THAT YOU AGREED TO TALK TO US." PETITIONER SIGNED SAID FORM, AND LATER LEARNED THAT THE FORM HE HAD SIGNED WAS IN FACT A WAVIOR OF PETITIONERS MIRANDA RIGHTS. THE UNITED STATES USED THE ABOVE-DESRIBED 3-5-90 WAVIOR OF RIGHTS FORM AGAINST PETITIONER AT HIS JURY TRAIL

d. Ground Four  THE CONVICTION WAS OBTAINED IN VIOLATION OF PETITIONERS RIGHT FOR DUE PROCESS PROVIDED BY THE FIFTH ADMENDMENT TO THE UNITED STATES CONSTITUTION

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Supporting FACTS (Tell you story BRIEFLY without citing cases or law). ON 1-11-90 FBI SPECIAL AGENT BERNARD FLANIGAN FILED A FORMAL CRIMINAL COMPLAINT IN THE U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, CHARGING PETITIONER WITH THE 1-3-90 FRIST INTERSTATE BANK ROBBERY, WHICH RESULTED IN AN ARREST WARRANT BEING ISSUED FOR PETITIONERS ARREST. HOWEVER, ON MARCH 5, 1990, INSTEAD OF BRINGING PETITIONER BEFORE THE NEAREST AVAILABLE U.S. MAGISTRATE WITHOUT UNNECESSARY DELAY PURSUANT TO RULE 5(a) FED. RULES CRIM. PRO. FBI SPECIAL AGENT BERNARD FLANIGAN IN CONSERT WITH OTHER STATE AND FEDERAL LAW ENFORCEMENT OFFICERS LAYED ABOUT AND INTERROGATED PETITIONER REGARD 1-3-90 FRIST INTERSTATE BANK ROBBERY, WHICH RESULTED IN PETITIONER CONFESSING TO ROBBING THE BANK. MOREOVER, AFTER ELICITING THE MARCH 5, 1990 CONFESSION FROM PETITIONER AFTER THE COSTODIAL INTERROGATION CONDUCTED AT LOS ANGELES POLICE DEPARTMENT HEADQUARTERS, FBI SPECIAL AGENT BERNARD FLANIGAN GAVE CUSTODY OF PETITIONER TO STATE AUTHORITIES. PETITIONER WAS NOT BROUGHT BEFORE A U.S. MAGISTRATE UNTIL 8-27-90 (OVER 5 MONTHS LATER) FOR POST-INDICTMENT ARRAINMENT PROCEEDINGS.
THE MARCH 5, 1990 CONFESSION WAS ADMITTED INTO EVIDENCE, AND WAS USED AGAINST PETITIONER AT HIS JURY TRIAL

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?

   (X) Yes    ( ) No

11. If your answer to Question No. 10 was yes, give the following information:

   a. (1) Name of Court __U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA__

   (2) Nature of proceeding __28 USC 2255__

   (3) Grounds raised __VIOLATION OF RIGHT TO SPEEDY INDICTMENT__

   __VIOLATION OF RIGHT TO COUNSEL PRIOR TO, AND OR AT TIME OF INDICTMENT PROCESS__

   (4) Result __SUMMARILY DISMISSED__

   (5) Date of result __6/21/96__

   (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

   __UNKNOWN TO PETITIONER__

   b. (1) Name of Court __U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA__

   (2) Nature of proceeding __28 USC 2241__

   (3) Grounds raised 1.) __CONVICTION OBTAINED IN VIOLATION OF PETITIONERS IMMUNITY FROM SELF-INCRIMINATION, 5TH AMEND. U.S. CONSTITUTION__

   2.) __CONVICTION OBTAINED IN VIOLATION OF PETITIONER RIGHT OF DUE PROCESS, 5TH AMEND. U.S. CONSTITUTION__

   __CONVICTION OBTAINED IN VIOLATION OF PETITIONERS MIRANDA RIGHTS AT 3-5-90 CUSTODIAL INTERROGATION__

   (4) Result __DISMISSED WITHOUT PREJUDICE__

   (5) Date of result __MARCH 22, 1999__

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

CV98-4578-JSL (AIJ)

12. If you did not file a motion under Section 2255 of Title 27\8, United States Code, or if you filed such a motion and it was denied, state why your

remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

PETITIONER INVOKES, FAY V. NOIA, 9 L.ED.2d 837, "FEDERAL HABEAS CORPUS PROPER FOR SEEKING RELIEF FROM CONVICTION WHEN A CONFESSION WAS COERCED"

13. Are you presently represented by counsel?  ( ) Yes  (X) No

If so, name, address and telephone number _____

Case name and court _____

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?

(X) Yes  ( ) No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2001
                    (Date)

Ronald Alex
Signature of Petitioner

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

RONALD ALEX
(Petitioner)

JAKE MENDEZ
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, RONALD ALEX, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes  X        No _____

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
    Unit orderly, U.S. Bureau of Prisons $15 PER month

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received, within the past twelve months, any money from any of the following sources?

    a.   Business, profession or form of self-employment?     Yes____    No X
    b.   Rent payments, interest or dividends?                Yes____    No X
    c.   Pensions, annuities or life insurance payments?      Yes____    No X
    d.   Gifts or inheritances?                               Yes____    No X
    e.   Any other sources?                                   Yes____    No X

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in a checking or savings account?   Yes X    No____
   (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned. $3.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes____    No X

   If the answer is yes, describe the property and state its approximate value.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2001
                    (Date)

Ronald Alex
*Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 3.00 _____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____

N/A

DATED March 28, 2001

Larry Simms
*Authorized Officer of Institution*

Managers, Business office
*Title of Officer*

U.S.P Allenwood

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**WESTERN DIVISION**
312 N. SPRING ST., RM. G-8
LOS ANGELES, CA 90012
(213) 894-3535
FAX (213) 894-6860

**SOUTHERN DIVISION**
Ronald Reagan Federal Bldg. and
United States Courthouse
411 W. Fourth St., Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Rm. 134
Riverside, CA 92501
(909) 328-4450

**SHERRI R. CARTER**
**CLERK OF COURT**

APR - 4 2001

Ronald Alex (70908-012)
P.O. Box 3000
White Deer, PA 17887

Dear Sir/Madam:

A ☒ Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number  CV-01-3126 FMC

☐ Motion pursuant to Title 28, United States Code, Section 2255, was filed today in
Criminal Case Number CR _____ and also assigned
Civil Case Number CV _____

Please refer to these case numbers in all future communications.

Please address all correspondence to the attention of the Courtroom Deputy Clerk for:

X District Court Judge   Florence-Marie Cooper

☐ Magistrate Judge   _____

At the following address:

☒ **U.S. District Court**
Clerk's Office/Civil Section
312 N. Spring St.,
Room G-8
Los Angeles, Ca. 90012

☐ **Ronald Reagan Federal Bldg. and**
U.S. Courthouse
411 W. Fourth St.
Suite 1053
Santa Ana, Ca. 92701

☐ **U.S. District Court**
3470 Twelfth Street
Room 134
Riverside, Ca, 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

CLERK, U. S. DISTRICT COURT

By:  C. Howard
     Deputy Clerk

CV-17 (1/01)    LETTER re FILING H/C PETITION or 28/2255 MOTION



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**WESTERN DIVISION**
312 N. SPRING ST., RM. G-8
LOS ANGELES, CA 90012
(213) 894-3535
FAX (213) 894-6860

**SOUTHERN DIVISION**
Ronald Reagan Federal Bldg. and
United States Courthouse
411 W. Fourth St., Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Rm. 134
Riverside, CA 92501
(909) 328-4450

**SHERRI R. CARTER**
**CLERK OF COURT**

Date 5/18/01

Clerk, United States District Court

____Middle____ District of PENNSYLVANIA

Re:   Transfer of our Civil Case No.   CV 01-3126 RSWL(AIJ)

Case Title: RONALD ALEX vs JAKE MENDEZ

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

**RECEIVED**
**SCRANTON**

**MAY 2 4 2001**

MARY E. D'ANDREA, CLERK
Per_____
       Deputy Clerk

Very truly yours,

SHERRI R CARTER CLERK, U.S. DISTRICT COURT

By S. HALL-BROWN (213) 894-7685
Deputy Clerk

cc:   All counsel of record

---

Receipt is acknowledged of the documents described herein and we have assigned this matter

Case No.   CV **1 : CV-01-0916**

CLERK, U. S. DISTRICT COURT

By_____
                    Deputy Clerk

CV-22 (1/01)   TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT