IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD ALEX,　　　　　　　　　　　　:
　　　Petitioner
　　　　　　　　　　　　　　　　　　:

vs.　　　　　　　　　　　　　　　　: CIVIL ACTION NO. 1:CV-01-0916
　　　　　　　　　　　　　　　　　　　(Judge Caldwell)
　　　　　　　　　　　　　　　　　　: (Magistrate Judge Smyser)
JAKE MENDEZ, Warden,
　　　Respondent　　　　　　　　　　:

O R D E R

AND NOW, this 28th day of June, 2001, upon consideration of the report of the magistrate judge, dated June 4, 2001, to which no objections have been filed, and upon independent review of the record, it is ordered that the magistrate judge's report is adopted. It is further ordered, pursuant to the magistrate judge's recommendations, that:

　　1.　The petition is dismissed.

　　2.　Any appeal of this order would not be taken in good faith.

　　3.　The Clerk of Court shall close this file.

　　　　　　　　　　　　　　　　　/s/ William W. Caldwell
　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　United States District Judge

Certified from the record
Date _____6/28/01_____
Mary E. D'Andrea, Clerk
Per _____
　　　Deputy Clerk

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       June 28, 2001
```

Re:  1:01-cv-00916    Alex v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

```
    Ronald Alex
    USP-ALLENWOOD
    Maximum Security Correct. Inst.
    70908-012
    P.O. Box 3000
    White Deer, PA   17887
```

```
cc:
Judge                          ( / )           ( ) Pro Se Law Clerk
Magistrate Judge               ( / )           ( ) INS
U.S. Marshal                   ( )             ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( / )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )    PA Atty Gen ( )
                                       DA of County  ( )    Respondents ( )

Bankruptcy Court               ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: 6/28/01                                     BY: /s/
                                                      Deputy Clerk