Dear District Court Clerk,                                              4/18/03

My name is Ronald Alex, and I was the Petitioner in the matter of Alex v. Mendez, case number 1:01-CV-00916, U.S. District Court, Middle District of Pennsylvania. (Judge William W. Caldwell) and I am Respectfully Requesting that the Clerk Please Send me a Copy of:

1.) The final order, and or Judgement in the matter of Alex v. Mendez Case No. 1:01-CV-00916 (Judge W.W. Caldwell)

FILED
SCRANTON

APR 21 2003

PER _____
DEPUTY CLERK

Thank you very much,

Ronald Alex
70908-012
P.O. Box 3000
White Deer, PA 17887

Ronald Alex
70908-012
P.O. Box 3000
White Deer, PA 17887

HARRISBURG PA 17107
PM 18 APR 2003

"Special
Mailing"
U.S. Penitentiary

Clerks Office
U.S. District Court
Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501

185011148